# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Sheena Smith**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00779-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Mecklenburg County Child Support Enforcement | ) ) | |
| Mecklenburg County Human Resources**,** | ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 27, 2024 Order.

February 27, 2024

_____

Katherine Hord Simon, Clerk
United States District Court